1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11    RODOLFO A. BRAMBILA,                    1:25-cv-02068-SAB

12              Plaintiff,

13         v.                                 ORDER GRANTING APPLICATION TO
                                              PROCEED IN FORMA PAUPERIS
14    KIMBERLY NYSTROM-GEIST, et al.,         (ECF No. 2)

15              Defendants.

16                                                         and

17                                            ORDER DIRECTING PAYMENT
                                              OF INMATE FILING FEE BY
18                                            THE  DIRECTOR OF THE
                                              CALIFORNIA DEPARTMENT OF
19                                            CORRECTIONS

20         Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested

21    leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing

22    required by § 1915(a) and, accordingly, the request to proceed *in forma pauperis* will be granted.

23    Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.   28 U.S.C.

24    § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of

25    the preceding month's income credited to plaintiff's trust account.  The California Department of

26    Corrections is required to send to the Clerk of the Court payments from plaintiff's account each

27    time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28

28    U.S.C. § 1915(b)(2).

                                               1

In accordance with the above, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1.  Plaintiff's application to proceed *in forma pauperis* is GRANTED (ECF No. 2);

**2.  The Director of the California Department of Corrections or designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

3.  The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Director of the California Department of Corrections via the Court's electronic case filing system (CM/ECF);

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California; and

5.  Service shall not be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

Dated:    **January 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge