# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO A. BRAMBILA,<br><br>        Plaintiff,<br><br>    v.<br><br>KIMBERLY NYSTROM-GEIST, et al.,<br><br>        Defendants. | Case No. 1:25-cv-02068-KES-SAB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 11)<br><br>**FEBRUARY 9, 2026 DEADLINE** |

Before the Court is Plaintiff's motion for an extension of time to file objections to the Court's findings and recommendations. Plaintiff, who is proceeding *pro se* and *in forma pauperis*, requests an 8-day extension. The Court GRANTS the motion and ORDERS that Plaintiff shall have through **February 9, 2026**, to file objections to the findings and recommendations.

IT IS SO ORDERED.

Dated:    **January 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge