# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RODOLFO A. BRAMBILA,

Plaintiff,

v.

KIMBERLY NYSTROM-GEIST, et al.,

Defendants.

Case No. 1:25-cv-02068-KES-SAB

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE

Plaintiff Rodolfo A. Brambila, who is proceeding *pro se* and *in forma pauperis*, commenced this action on December 30, 2025. (Doc. 1.) On January 15, 2026, the assigned magistrate judge screened Plaintiff's complaint, found that it did not state a claim upon which relief may be granted, and issued findings and recommendations recommending dismissing this action. (Doc. 9.) That order informed Plaintiff that he had fourteen days within which to object to the findings and recommendations. (*Id.*) Following an extension of time, Plaintiff timely filed objections. (Doc. 13.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Plaintiff's objections confirm that he essentially takes issue with the decisions of the state court judge and seeks to have this Court review the decisions of the state court in child custody/dependency proceedings. As addressed in the findings and recommendations, plaintiff fails to state a claim over which this

Court has jurisdiction. Accordingly, the Court ORDERS:

1. The findings and recommendations (Doc. 9) filed January 15, 2026, are ADOPTED in full.
2. This matter is DISMISSED.
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: August 7, 2026

UNITED STATES DISTRICT JUDGE